UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH,<br><br>  Plaintiff,<br><br>  v.<br><br>DACUYCUY, et al.,<br><br>  Defendants. | No. 2:19-cv-0804 TLN DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action seeking relief under 42 U.S.C. § 1983. On October 28, 2020, the Court issued findings and recommendations to dismiss this action for plaintiff's failure to keep the Court apprised of his current address and for failure to prosecute. Plaintiff has now filed objections. Good cause appearing, IT IS HEREBY ORDERED that:

1. The October 28, 2020, findings and recommendations (ECF No. 17) are vacated; and
2. Plaintiff's request for an abeyance is denied; and

////

////

////

////

////

1

3.  Plaintiff shall file a response to the Court's screening order within sixty days from the date of this Order.

Dated:  January 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/abdu0804.vacate F&R