UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH, | No.  2:19-cv-0804 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| DACUYCUY, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 23) is granted. Plaintiff is granted up to and including May 5, 2021 in which to file an amended complaint; and

2.  Plaintiff's motion requesting a copy of his complaint (ECF No. 22) is also granted. The Clerk of Court shall send plaintiff a copy of the complaint (ECF No. 1).

Dated:  March 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/abdu0804.36amc(2)