UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH, | No. 2:19-cv-00804-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| DACUYCUY, et al.,, | |
| Defendants. | |

Plaintiff Hanif S. Abdullah ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 30 days. (ECF No. 26.) Plaintiff has not filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 11, 2021 (ECF No. 26), are ADOPTED IN FULL; and

2. Plaintiff's claims against Defendants RN Kristen, RN Imatong, RN Jessica Haletopa and RN Postadan are DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: August 4, 2021

Troy L. Nunley
United States District Judge