UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HANIF S. ABDULLAH,

Plaintiff,

v.

DACUYCUY, et al.,

Defendants.

No. 2:19-cv-00804-TLN-DB

ORDER

Plaintiff, a state prisoner, proceeds without counsel in this civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges three named nurses (and other, as-yet unnamed defendant nurses) at California Health Care Facility were deliberately indifferent to his serious medical needs in violated his rights under the Eighth Amendment. On October 29, 2021, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Based on the foregoing, IT IS HEREBY ORDERED:

1. Defendants' motion to opt out (ECF No. 37) is granted and the stay of this action is LIFTED;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading; and

////

////

3. The settlement conference set for November 15, 2021, and the writ of habeas corpus ad testificandum (ECF No. 36) are both VACATED.

DATED: November 8, 2021

DLB7
abdu0804.optout

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE