UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH, | No. 2:19-cv-0804 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| DACUYCUY, et al., | |
| Defendants. | |

Plaintiff proceeds pro se with a civil rights complaint under 42 U.S.C. § 1983. Defendants Dacuycuy, Hortizuela and Mutopo have answered the complaint. On December 10, 2021, plaintiff moved the court to strike defendants' affirmative defenses. (ECF No. 42.) Defendants have responded, arguing the court should deny the request. (ECF No. 43.)

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, a district court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Having reviewed the affirmative defenses asserted, the court finds no basis on which to strike them.

////

////

////

////

1

Accordingly, IT IS ORDERED that plaintiff's request to strike defendants' affirmative defenses (ECF No. 42) is denied.

Dated: January 11, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
abdu0804.strk.den