Morgan Ricketts (Cal. Bar No. 268892)
Ricketts Law
3435 Wilshire Blvd. #2910
Los Angeles CA 90010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanif Abdullah                     v.<br>                              Plaintiff(s) | CASE NUMBER<br><br>2:19-cv-0804 TLN DB (PC) |
| Dacuycuy, et al.<br><br>                              Defendant(s) | **(PROPOSED)** ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Redmond, Edward L.                                                                           of      Redmond, Esq. PLLC
*Applicant's Name (Last Name, First Name & Middle Initial*                                    10612 SE 240th St. Suite 5876
(206) 593-8000                                                                                Kent, Washington 98031
*Telephone Number             Fax Number*
edwardlredmond@redmondesq.com
                *E-Mail Address*                                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Hanif Abdullah

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Ricketts, Morgan E.                                                                           of      Ricketts Law
*Designee's Name (Last Name, First Name & Middle Initial*                                     3435 Wilshire Blvd. #2910
268892                          (818) 235-8500                                                Los Angeles CA 90010
*Designee's Cal. Bar No.    Telephone Number       Fax Number*
morgan@morganricketts.com
                *E-Mail Address*                                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X  GRANTED

☐       DENIED:    ☐    for failure to pay the required fee.
        ☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐    for failure to complete Application: _____
        ☐    pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:  March 14, 2022**

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

G-64 Order (05/16)        **(PROPOSED)** ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1