UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DACUYCUY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0804 TLN DB P<br><br><br>ORDER |

　　　Plaintiff, a former state prisoner, proceeds through counsel with a civil rights action under 42 U.S.C. § 1983. Having been released from prison, and pursuant to the court's discovery and scheduling order filed on December 7, 2021, plaintiff has filed a request for application of Local Rule 230 in lieu of Local Rule 230(l).

　　　Good cause appearing, IT IS ORDERED:

　　　1. Plaintiff's request for application of Local Rule 230 (ECF No. 49) is GRANTED.

　　　2. The discovery and scheduling order filed on December 7, 2021 (ECF No. 41) is modified to the extent that motion practice will now be governed by Local Rule 230 in lieu of Local Rule 230(l).

Dated:  April 11, 2022

DLB7
abdu0804.230

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE