UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DACUYCUY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0804 TLN DB P<br><br><br>ORDER |

Plaintiff, a former state prisoner, proceeds through counsel with a civil rights action under 42 U.S.C. § 1983. Motion practice for this case is governed by Local Rule 230 in lieu of Local Rule 230(l). (ECF No. 50.) The parties have filed a joint stipulation to modify the briefing schedule and hearing date for defendants' motion for summary judgment. (ECF No. 52.)

Good cause appearing, IT IS HEREBY ORDERED:

1. The hearing on defendants' motion for summary judgment, currently set for August 26, 2022, is VACATED and hereby RESET to September 23, 2022 at 10:00 a.m.;

2. Plaintiff's opposition to the motion shall be filed by August 22, 2022; and

3. Defendants' reply shall be filed by September 1, 2022.

Dated:  August 10, 2022

DLB7
abdu0804.stipcal

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE