**Redmond Esq., PLLC**
Edward L. Redmond (WA Bar No. 58256)
10612 SE 240th St. STE 5876
Kent, WA 98031
Telephone: (206) 593-8000
Email: edwardlredmond@redmondesq.com

**Richard Tan, SBN 327366**
Law Offices of Richard Tan
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: (510) 345-3246
Facsimile: (510) 373-6853
Email: richard@richardtanlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH, <br> Plaintiff, <br> v. <br> DACUYCUY, et. al, <br> Defendants. | Case No.: 2:19-cv-00804-TLN-DB (PC) <br><br> **DESIGNATION OF COUNSEL** |

COMES NOW, Plaintiff, Hanif S. Abdullah, who through undersigned counsel respectfully requests that attorney Morgan Ricketts, of the law office of Ricketts Law, be withdrawn as local counsel for Plaintiff, Hanif S. Abdullah, in the above-entitled matter, and that in her place, Richard Tan, of the Law Offices of Richard Tan, be substituted as local counsel of record for

said Plaintiff. This substitution of local counsel will not hinder nor delay the proceedings or scheduling currently set for this case.

DATED this 25th day of January, 2023.

_____
MORGAN RICKETTS (BAR NO.268892)
RICKETTS LAW
540 El Dorado Street #202
Pasadena, CA 91101
Tel: (213) 995-3935
Fax: (213) 995-3963
Email: morgan@morganricketts.com
Withdrawing Local Counsel for Plaintiff
Hanif S. Abdullah

_____
EDWARD L. REDMOND, *Pro Hac Vice*
REDMOND ESQ., PLLC
10612 SE 240TH ST, STE 5876
Kent, WA 98031
Tel: (206) 593-8000
Email: edwardlredmond@redmondesq.com
Lead Counsel for Plaintiff Hanif S. Abdullah

_____
RICHARD TAN, SBN 327366
LAW OFFICES OF RICHARD TAN
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: (510) 345-3246
Facsimile: (510) 373-6853
Email: richard@richardtanlaw.com

Substituted Local Counsel for Plaintiff
Hanif S. Abdullah