UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>DACUYCUY, et al.,<br><br>Defendants. | No. 2:19-cv-00804-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 28, 2023 (ECF No. 60) are ADOPTED IN FULL;
2. Defendants' motion for summary judgment is GRANTED in part, as to Plaintiff's claims against Defendant Mutopo, and DENIED on all grounds asserted as to Defendants Dacuycuy and Hortizuela; and
3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated: July 21, 2023

_____
Troy L. Nunley
United States District Judge