UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH, | No. 2:19-cv-00804 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| DACUYCUY, | |
| Defendant. | |

Plaintiff is a former state prisoner proceeding through counsel with this action brought under 42 U.S.C. § 1983. The time for filing dispositive motions has expired and the dispositive motion filed was resolved. Before the court sets a further schedule for this litigation, including due dates for pretrial statements, the court inquires as to each party's position on the usefulness of scheduling a settlement conference, which may take place via videoconference.[1] Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order, each party shall file a notice briefly stating whether or not the party believes scheduling a settlement conference would be useful at this time.

DATED: July 31, 2023

DLB7.abdu0804.adr

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was previously referred to the court's Post-Screening ADR Project. (ECF No. 32.) No conference settlement conference was held. (ECF No. 38.)

1