**Edward L. Redmond** (WA Bar No. 58256)
Redmond Law Firm, PLLC
10612 SE 240th St. STE 5876
Kent, WA 98031
Telephone: (855) 305-0909
Email: edwardlredmond@redlawpllc.com

**Richard Tan, SBN 327366**
Law Offices of Richard Tan
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: (510) 345-3246
Facsimile: (510) 373-6853
Email: richard@richardtanlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIF S. ABDULLAH,<br><br>             Plaintiff,<br><br>      v.<br><br>DACUYCUY, et. al,<br><br>             Defendants. | Case No.: 2:19-cv-00804-TLN-DB (PC)<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

This Court having considered the parties' Joint Stipulated Motion for Administrative Relief to Continue the Deadline to File Dispositional Documents and for Expedited Consideration, and good cause appearing, orders as follows:

1. The parties' request for expedited consideration is GRANTED.

ORDER RE DISPO DOCS DEADLINE                    1

2. The deadline to file dispositional documents is CONTINUED from June 8, 2026 to the earlier of: (a) fourteen (14) days after Plaintiff's counsel confirms receipt of the full settlement payment; or (b) October 1, 2026.

3. If the settlement payment has not been received by October 1, 2026, the parties shall file a joint status report by that date advising the Court of the status of payment and whether further relief is requested.

4. Until dispositional documents are filed and dismissal is entered, the Court retains jurisdiction over this action.

IT IS SO ORDERED.

DATED this 8th day of June, 2026.

_____
Troy L. Nunley
Chief United States District Judge

ORDER RE DISPO DOCS DEADLINE                    2

**REDMOND LAW FIRM, PLLC**
10612 SE 240TH ST, STE 5876
KENT, WA 98031
TEL: (855) 305-0909