**Edward L. Redmond** (WA Bar No. 58256)
Redmond Law Firm, PLLC
10612 SE 240th St. STE 5876
Kent, WA 98031
Telephone: (855) 305-0909
Email: edwardlredmond@redlawpllc.com

**Richard Tan, SBN 327366**
Law Offices of Richard Tan
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: (510) 345-3246
Facsimile: (510) 373-6853
Email: richard@richardtanlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANIF S. ABDULLAH,<br>Plaintiff,<br><br>v.<br><br>DACUYCUY, et. al,<br>Defendants. | Case No.: 2:19-cv-00804-TLN-SCR (PC)<br><br>**ORDER ON JOINT STATUS REPORT REGARDING SETTLEMENT PAYMENT** |

The Court, having considered the parties' Joint Status Report Regarding Settlement Payment and Request that the Court Retain Jurisdiction, and good cause appearing, ORDERS as follows:

1. The Court retains jurisdiction over this action until dispositional documents are filed and dismissal is entered.

2. The deadline to file dispositional documents is CONTINUED to fourteen (14) days after Plaintiff's counsel confirms receipt of the full settlement payment.

3. If the settlement payment has not been received by December 2, 2026, the parties shall file a further joint status report by that date advising the Court of the status of payment and whether further relief is requested.

IT IS SO ORDERED.

DATED this 1st day of October, 2026.

Troy L. Nunley
Chief United States District Judge



**REDMOND LAW FIRM, PLLC**
10612 SE 240TH ST, STE 5876
KENT, WA 98031
TEL: (855) 305-0909